UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 16-36** |
| **LEONARD MORRISON** | **SECTION: "S"** |

**ORDER & REASONS**

Before the court is Leonard Morrison's third **Motion for Compassionate Release**. Rec. Doc. 796. In the motion, Morrison challenges his conviction as a felon in possession of a firearm under 18 U.S.C. 922(g)(1), citing the Supreme Court's decision in New York State Rifle and Pistol Association v. Bruen, 142 S.Ct. 2111 (2022). As such, despite its caption, it is a collateral attack on his conviction, and properly construed as a motion to vacate conviction under 28 U.S.C. § 2255. Tolliver v. Dobre, 211 F.3d 876, 877 (5th Cir. 2000).

Morrison has previously filed § 2255 motions, which the court denied. See Rec. Docs. 722, 734, 756. Accordingly, the instant motion is a successive § 2255 motion. Successive § 2255 motions may not be filed unless they are certified as provided in § 2244 by the court of appeals, and found to contain newly discovered evidence or a new rule of constitutional law made retroactive to cases on collateral review by the Supreme Court. 28 U.S.C. § 2255(h). Morrison has not obtained the required certification, and thus the court lacks jurisdiction over the motion. Accordingly,

**IT IS HEREBY ORDERED** that defendant's **Motion for Compassionate Release,** construed as a **Motion to Vacate Under 28 U.S.C. § 2255** (Rec. Doc. 796) is **DENIED** for lack

of jurisdiction.

New Orleans, Louisiana, this __1st__ day of December, 2023.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE